IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Venieris,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PVH Retail Stores LLC,<br><br>　　　　　Defendant. | No.  CV-18-03161-PHX-SPL<br><br>**ORDER** |

　　　Pursuant to the parties' stipulation,

　　　**IT IS ORDERED:**

　　　1.　That the Stipulation for Dismissal (Doc. 26) is **granted**;

　　　2.　That this action is **dismissed with prejudice** in its entirety;

　　　3.　That each party shall bear its own costs and attorneys' fees; and

　　　4.　That the Clerk of Court shall **terminate** this action.

　　　Dated this 18th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge